**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG 20 PM 4: 16

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3/09 |
| ) | |
| v. ) | |
| ) | **INDICTMENT** |
| ROBERT EUGENE CRANSTON, ) | (21 U.S.C. § 846) |
| ) | 21 U.S.C. §§ 841(a)(1) |
| ) | and 841(b)(1)) |
| Defendant ) | |

The Grand Jury charges:

### COUNT I

Between on or about March 1, 2005, and on or about August 1, 2008, in the District of Nebraska and elsewhere, ROBERT EUGENE CRANSTON, Defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT II

On or about June 12, 2008, in the District of Nebraska, ROBERT EUGENE CRANSTON, Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
MATT R. MOLSEN
Special Assistant U.S. Attorney