IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:08CR3109 |
| ) | |
| ROBERT EUGENE CRANSTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 21.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion for Screening for Treatment (filing 22) and the corresponding Order restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 25th day of September, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge