IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT EUGENE CRANSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to seal, filing 24, is granted and the clerk's office is directed to maintain filing 25 under seal.

DATED this 30th day of September, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge