IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3109 |
| V. | ) | |
| ROBERT EUGENE CRANSTON, | ) | ORDER |
| Defendant. | ) | |

Due to the death of Mr. Cranston,

IT IS ORDERED that the defendant's supervised release is terminated and this case is closed.

DATED this 22nd day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge